```
1  Robert N. Phillips (SBN 120970)
   HOWREY LLP
2  525 Market Street, Suite 3600
   San Francisco, California 94105
3  Telephone:   (415) 848-4900
   Facsimile:   (415) 848-4999
4
   Yuka Sugar (SBN 209997)
5  HOWREY LLP
   1950 University Avenue, 4th Floor
6  East Palo Alto, CA 94303
   Telephone:   (650) 798-3500
7  Facsimile:   (650) 798 3600

8  Attorneys for Plaintiff
   INTEL CORPORATION
9
```

ORIGINAL FILED
MAY 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MHP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTELCOM, INC., a Delaware corporation,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Intel Corporation ("Intel") alleges as follows:

1. This action arises from unauthorized use of the trade name and trademark INTELCOM, and domain name www.intelcomusa.com, by defendant Intelcom, Inc. ("Intelcom").

2. By using a trade name and trademark that wholly incorporate and emphasize the world famous INTEL® trademark, Intelcom has caused and is likely to continue to cause confusion that Intel is the source or sponsor of Intelcom's products and services, or that there is an association between Intel and Intelcom. In addition, Intelcom's acts are causing, and/or are likely to cause, dilution of the INTEL® trademark. Consequently, Intel seeks injunctive relief and damages under the federal Lanham

-1-
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Act (15 U.S.C. §§ 1051, *et seq.*), the California Business and Professions Code, and the common law doctrines of passing off and unfair competition.

## I. JURISDICTION

3. This Court has personal jurisdiction over Intelcom because it conducts or has conducted business in the State of California and, on information and belief, within this judicial district.

4. This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, 1338 and 1367. Intel's claims are, in part, based on violations of the Lanham Act, as amended, 15 U.S.C. §§ 1051, *et seq.* The Court has jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1332, 1338(b), and 1367.

## II. INTRADISTRICT ASSIGNMENT

5. This is an intellectual property action and therefore shall be assigned on a district-wide basis per Civil L.R. 3-2(c).

## III. THE PARTIES

6. Plaintiff Intel is a Delaware corporation having its principal place of business at 2200 Mission College Boulevard, Santa Clara, California. Intel offers a wide variety of goods and services, which are sold worldwide and throughout the United States, including in the Northern District of California.

7. Upon information and belief, Defendant Intelcom has a principal place of business at 1335 Dublin Road, Suite 200-A, Columbus, Ohio, and a website at www.intelcomusa.com, and markets and sells telecommunication products and services to consumers under the trade name and trademark INTELCOM. Upon information and belief, Intelcom is registered as an inter-exchange carrier with the Federal Communication Commission, and has provided service to and continues to target consumers in the state of California.

## IV. INTEL'S BUSINESS AND MARKS

8. Intel is a world-famous company that develops, manufactures and sells a wide variety of computer, communications and Internet-related products and services. Intel's customers include individual consumers, businesses, schools, and the government.

9. For 40 years, Intel has used INTEL as a trade name, trademark and service mark to identify virtually its entire line of products and services. INTEL is one of the most valuable, respected and famous names and trademarks in the world. Indeed, *The Wall Street Journal* has regularly recognized the INTEL mark as one of America's most valuable brand names. From 1995 to 2000, *Fortune* magazine recognized Intel as one of the top ten "Most Admired Corporations in America," an honor Intel has shared alongside such companies as General Electric, Microsoft and Coca-Cola. In 2007, the INTEL brand was ranked seventh in the world in Interbrand's Best Global Brands survey, with an estimated value of $31 billion.

10. Intel uses INTEL as its "house mark" on or in connection with virtually every product and service it sells. Intel also regularly uses its INTEL house mark in conjunction with hundreds of other terms as the names of particular products or services. Thus, consumers are accustomed to seeing the INTEL mark combined with other terms to identify products and services that originate from Intel. In 2007 alone, Intel sold over $38.3 billion of INTEL branded products and services and, in the last twelve years, Intel has sold over $364 billion of products and services under the INTEL name and mark.

11. Intel is the owner of numerous U.S. trademark registrations for the mark INTEL, including the following:

    a. Intel is the owner of U.S. Trademark Registration Nos. 914,978 and 938,772 issued on June 15, 1971 and July 25, 1972, respectively, for the mark INTEL for use in connection with integrated circuits, registers and semiconductor memories and equipment for the testing and programming thereof. These registrations, duly and legally issued by the United States Patent and Trademark Office, are valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. Copies of these registrations are attached hereto as Exhibits A and B.

    b. Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1, 1972 for the mark INTEL for use in connection with integrated circuits, registers, and semiconductor memories. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of

1  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is
2  attached hereto as Exhibit C.

3        c. Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October
4  14, 1975, for the mark INTEL for use in connection with microcomputers, microcontrollers, and
5  microprocessors. This registration, duly and legally issued by the United States Patent and Trademark
6  Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of
7  registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is
8  attached hereto as Exhibit D.

9        d. Intel is the owner of U.S. Trademark Registration No. 1,573,324, issued on
10 December 26, 1989, for the mark INTEL for use in connection with printed material, namely, technical
11 manuals, pamphlets, user and product manuals, all of which relate to the field of information and data
12 technology and semiconductor devices. This registration, duly and legally issued by the United States
13 Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.
14 Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy
15 of this registration is attached hereto as Exhibit E.

16       e. Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on
17 October 13, 1992, for the mark INTEL for use in connection with metal key rings, watches, note paper,
18 note cards, posters, microprocessor chip die plot prints as art prints, pencils, ball point pens, ink pens
19 and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf
20 balls, golf tees and golf ball markers. This registration, duly and legally issued by the United States
21 Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.
22 Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy
23 of this registration is attached hereto as Exhibit F.

24       f. Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on
25 October 20, 1992, for the mark INTEL for use in connection with, among other things, sports bags,
26 gym bags and carry-on bags; towels, and clothing. This registration, duly and legally issued by the
27 United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15
28

1  U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §
2  1111. A copy of this registration is attached hereto as Exhibit G.
3         g.  Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7,
4  1998, for the mark INTEL for use in connection with, among other things, computer operating system
5  software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed
6  circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia
7  accelerators, video processors, computer hardware and software for the development, maintenance, and
8  use of interactive audio-video computer conference systems, and computer hardware and software for
9  the receipt, display and use of broadcast video, audio and data signals. This registration, duly and
10 legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable
11 pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant
12 to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit H.
13        h.  Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on
14 October 6, 1998, for the mark INTEL for use in connection with, among other things, printed
15 materials, namely, books, magazines, newsletters, journals, operating manuals, users guides,
16 pamphlets, and brochures about, for use with and directed to users of, computer operating system
17 software; computer operating programs; computer system tools; computer application software;
18 computer hardware; computer components; integrated circuits; microprocessors; computer memory
19 devices; video graphic accelerators; multimedia accelerators; video processors; and fax/modems. This
20 registration, duly and legally issued by the United States Patent and Trademark Office, is valid,
21 subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®,"
22 with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as
23 Exhibit I.
24        i.  Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8,
25 1999, for the mark INTEL for use in connection with clocks, jewelry, cuff links, key chains, necklaces,
26 necktie fasteners, lapel pins, pendants, piggy banks, trophies and watches. This registration, duly and
27 legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable
28

1 | pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant
2 | to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit J.

3        j.    Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8,
4 | 1999, for the mark INTEL for use in connection with binders, bookends, boxes for pens, calendars,
5 | tablets, note cards, self-adhesive pads, desk pads, and calendar pads, pens, pencils, folders,
6 | paperweights, pen and pencil holders, photograph stands, erasers, markers, desk sets, and desk
7 | organizers. This registration, duly and legally issued by the United States Patent and Trademark
8 | Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of
9 | registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is
10 | attached hereto as Exhibit K.

11        k.    Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1,
12 | 1999, for the mark INTEL for use in connection with travel bags, luggage, school bags, back packs,
13 | beach bags, duffel bags, fanny packs, and umbrellas. This registration, duly and legally issued by the
14 | United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15
15 | U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. §
16 | 1111. A copy of this registration is attached hereto as Exhibit L.

17        l.    Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15,
18 | 1999, for the mark INTEL for use in connection with T-shirts, shirts, jackets, headwear, hats, polo
19 | shirts, and infant rompers. This registration, duly and legally issued by the United States Patent and
20 | Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the
21 | notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this
22 | registration is attached hereto as Exhibit M.

23        m.    Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on
24 | July 13, 1999, for the mark INTEL for use in connection with toys, dolls, bean bags, and Christmas
25 | tree ornaments. This registration, duly and legally issued by the United States Patent and Trademark
26 | Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of
27 | registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is
28 | attached hereto as Exhibit N.

n. Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on September 7, 1999 for the mark INTEL for use in connection with mugs and sports bottles. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit O.

o. Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on April 24, 2001, for the mark INTEL for use in connection with, among other things, computers, computer hardware, software for use in operating and maintaining computer systems, microprocessors, integrated circuits, computer chipsets, computer motherboards, computer graphics boards, and computer networking hardware. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit P.

p. Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19, 2001, for the mark INTEL for use in connection with, among other things, computer hardware and software for use in imaging and photographic applications. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit Q.

q. Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25, 2002, for the mark INTEL for use in connection with, among other things, computer hardware installation and repair services; arranging and conducting educational conferences and seminars in the fields of computers, telecommunications, and computer networking, and distributing course materials in connection therewith; development, publishing and dissemination of educational materials in the fields of computers, telecommunications and computer networking for others; interactive and non-interactive computer education training services; providing information via global computer network in the fields of education and entertainment; provision of interactive and non-interactive electronic

information services on a wide variety of topics; development of local and wide area computer networks for others; computer web site design services; computer software design for others; development of interactive and non-interactive web pages for the global computer network for others; providing on-line newspapers, magazines, instructional manuals in the fields of technology, entertainment, education and business; and development, maintenance, and provision of interactive and non-interactive electronic bulletin boards services in the fields of entertainment and education. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit R.

    r. Intel is the owner of U.S. Trademark Registration No. 2,742,174, issued on July 29, 2003, for the mark INTEL for use in connection with, among other things, installation, repair, maintenance, support and consulting services for computer-related and communications-related goods; providing on-line publications, namely, books, brochures, white papers, catalogs and pamphlets in the fields of computer and information technology; and designing and developing standards for others in the design and implementation of computer software, computer hardware and telecommunications equipment. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit S.

    s. Intel is the owner of U.S. Trademark Registration No. 3,029,954, issued on December 13, 2005, for the mark INTEL for use in connection with, among other things, semiconductor and microprocessor cartridges; internet and web servers; internet and web caching servers; wireless and remote computer peripherals; computer hardware and software for enabling web portals; computer hardware and software for digital encryption, identification and certification; computer hardware and software to enable remote encrypted networking; computer hardware and software to enable secure data transmission via networks, the internet and world wide web; and computer consultation services, namely, web design and development services. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses

1  the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111. A copy of this
2  registration is attached hereto as Exhibit T.
3      t.  Intel is the owner of U.S. Trademark Registration No. 3,136,102, issued on August
4  29, 2006, for the mark INTEL for use in connection with telecommunication services, namely,
5  electronic and digital transmission of data, documents, audio and video via computer terminals. This
6  registration, duly and legally issued by the United States Patent and Trademark Office, is valid and
7  subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C.
8  § 1111. A copy of this registration is attached hereto as Exhibit U.
9      u.  Intel is the owner of U.S. Trademark Registration No. 3,173,391, issued on
10 November 21, 2006, for the mark INTEL for use in connection with telecommunications consulting
11 services. This registration, duly and legally issued by the United States Patent and Trademark Office,
12 is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15
13 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit V.
14     12.  In addition to using INTEL as a trade name, a trademark, and a service mark, Intel also
15 owns a large family of marks that incorporate INTEL as a prominent component of the mark. For
16 example, in 1991, Intel developed and launched a cooperative advertising and licensing program
17 referred to as the "Intel Inside® Program." As part of this program, Intel adopted and began to use the
18 trademarks INTEL INSIDE and INTEL INSIDE & SWIRL Logo (collectively referred to as the
19 "INTEL INSIDE Marks"). Additionally, it licensed the INTEL INSIDE Marks to PC manufacturers to
20 communicate to the end customer that the manufacturers' products, such as personal desktop
21 computers, laptop computers and workstations, were designed with genuine Intel microprocessors.
22 Among Intel's many thousands of OEM ("Original Equipment Manufacturers") licensees worldwide
23 are giants of the computer industry such as Dell, Gateway, Hewlett-Packard, IBM, and Sony. Intel's
24 OEM licensees have undoubtedly sold many billions of dollars worth of computer products bearing the
25 INTEL INSIDE Marks (this ubiquitous mark was changed last year to the INTEL mark). The
26 combined advertising expenditure by Intel and Intel's licensees under the INTEL INSIDE Marks has
27 averaged over one billion dollars for each of the last few years. Through extensive advertising and
28

1  promotion by Intel and its licensees, advertisements reflecting the INTEL and INTEL INSIDE Marks
2  have most likely created billions of impressions.

3      13.    Intel is the owner of numerous U.S. trademark registrations for the INTEL INSIDE
4  Marks, including Reg. No. 1,705,796 and Reg. No. 2,179,209. Copies of these registrations are
5  attached hereto as Exhibits W and X.

6      14.    Intel owns many other U.S. trademark registrations for its family of INTEL formative
7  marks. These include: INTEL INSIDE PENTIUM 4 HT, INTEL INSIDE PENTIUM 4HT
8  EXTREME EDITION, INTEL SPEEDSTEP, INTEL XSCALE, INTEL NETMERGE, INTEL
9  NETBURST, INTEL NETSTRUCTURE, INTEL VIIV, INTEL CORE, INTEL LEAP AHEAD, and
10 INTEL CORE DUO INSIDE. Copies of these registrations are attached hereto as Exhibits Y through
11 SS.

12     15.    Intel is also the owner of several California trademark registrations for the mark INTEL
13 (CA Reg. No. 63565; CA Reg. No. 94220; CA Reg. No. 94221). Copies of these registrations are
14 attached hereto as Exhibits TT through VV.

15     16.    Through its extensive use, Intel also owns common law trademark rights in INTEL and
16 its family of INTEL formative marks, for all of the goods and services and activities identified herein.

17     17.    Intel maintains an Internet site on the World Wide Web at the address
18 http://www.intel.com. Intel has used its trade name and trademark as an Internet address in order to
19 make it easy for customers to locate Intel's web site, and to identify that the web site is owned by Intel.
20 Intel's web site features the INTEL marks and many other INTEL composite marks.

21     18.    As a consequence of the extensive sales, advertising, promotion, and use of the INTEL
22 and INTEL formative trademarks, Intel has developed enormous recognition for its products and
23 services under the INTEL mark and has acquired and enjoys an immensely valuable reputation and
24 tremendous goodwill under the mark. The INTEL mark is world renowned, and is a "famous" mark
25 for purposes of 15 U.S.C. § 1125(c)(1).

26 **V.    INTELCOM'S BUSINESS**

27     19.    Intel is informed and believes that Intelcom offers for sale telecommunications products
28 and services to consumers in rural and urban areas, and is registered as an inter-exchange carrier with

the Federal Communications Commission. Intel is informed and believes that Intelcom provides telecommunication products and services in several states, including the state of California.

20. The INTELCOM trade name and trademark wholly incorporate and emphasize the INTEL trademark. The dominant portion of the INTELCOM name and mark is identical in sight and sound to the world famous INTEL trademark.

21. Despite Intel's numerous attempts to resolve the dispute amicably, Intelcom has persisted in using the INTELCOM trade name and trademark, leaving Intel no choice but to file this Complaint.

## FIRST CAUSE OF ACTION
## TRADEMARK INFRINGEMENT
### (15 U.S.C. § 1114)

22. Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 21 of this Complaint.

23. Upon information and belief, Intelcom was aware of Intel's business and its INTEL mark prior to the adoption and use of the INTELCOM trade name and trademark.

24. Intelcom either had actual notice and knowledge, or had constructive notice, of Intel's ownership and registrations of the INTEL mark pursuant to 15 U.S.C. § 1072 prior to Intelcom's adoption and use of the INTELCOM trade name and trademark.

25. Intelcom is using the INTELCOM trade name and trademark in connection with the sale of its products and services without consent, and with knowledge of Intel's rights.

26. Intelcom's unauthorized use of the INTELCOM trade name and trademark falsely indicates to consumers that Intelcom's products and services are in some manner connected with, sponsored by, affiliated with, or related to Intel, Intel's licensees, or the goods and services of Intel and Intel's licensees.

27. Intelcom's unauthorized use of the INTELCOM trade name and trademark is also likely to cause consumers to be confused as to the source, nature and quality of the products and services Intelcom is promoting or selling.

28. Intelcom's unauthorized use of the INTELCOM trade name and trademark in connection with the sale of its products and services allows, and will continue to allow, Intelcom to receive the benefit of the goodwill established at great labor and expense by Intel and to gain acceptance of Intelcom's goods and services, not based on the merits of those goods or services, but on Intel's reputation and goodwill.

29. Intelcom's unauthorized use of the INTELCOM trade name and trademark in connection with the sale of its goods and services deprives Intel of the ability to control the consumer perception of the quality of the goods and services marketed under the INTEL mark, and places Intel's valuable reputation and goodwill in the hands of Intelcom, over which Intel has no control.

30. Intelcom has caused confusion and is likely to cause further confusion, or to cause mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114.

31. Intel has been, is now, and will be irreparably injured and damaged by Intelcom's trademark infringement, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

## SECOND CAUSE OF ACTION
## FALSE DESIGNATION OF ORIGIN
## (15 U.S.C. § 1125(A))

32. Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 31 of this Complaint.

33. Intelcom's unauthorized use of the INTELCOM trade name and trademark falsely suggests that its products and services are connected with, sponsored by, affiliated with, or related to Intel, and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

34. Intel has been, is now, and will be irreparably injured and damaged by Intelcom's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

## THIRD CAUSE OF ACTION
## FEDERAL TRADEMARK DILUTION
## (15 U.S.C. § 1125(C))

35. Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 34 of this Complaint.

36. The INTEL mark is world-renowned. It is a famous mark that is widely recognized by consumers, businesses and industry, and that identifies the products and services of Intel in the minds of consumers.

37. Intelcom's unauthorized use of the INTELCOM trade name and trademark began after Intel's mark had become famous.

38. Intelcom's unauthorized use of the INTELCOM trade name and trademark has, and will continue to have, an adverse effect upon the value and distinctive quality of the INTEL mark. Intelcom's acts blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL mark. Intelcom's acts have diluted and are likely to continue diluting the famous INTEL mark in violation of 15 U.S.C. § 1125(c).

39. Intel has been, is now, and will be irreparably injured and damaged by Intelcom's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

## FOURTH CAUSE OF ACTION
## INJURY TO BUSINESS REPUTATION AND
## DILUTION UNDER CALIFORNIA LAW
## (CAL. BUS. & PROF. CODE §14247)

40. Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 39 of this Complaint.

41. Intelcom's unauthorized use of the INTELCOM trade name and trademark is likely to injure Intel's business reputation, and has diluted, and/or is likely to dilute, the distinctive quality of the INTEL mark and trade name in violation of the California Business and Professions Code §14247.

42. Intelcom willfully intended to trade on Intel's image and reputation and to dilute the INTEL trademark, acted with reason to know, or was willfully blind as to the consequences of its actions.

43. Intelcom's wrongful acts have caused and will continue to cause Intel irreparable harm. Intel has no adequate remedy at law for Intelcom's dilution.

44. Intel is therefore entitled to a judgment enjoining and restraining Intelcom from engaging in further acts of dilution pursuant to California Business and Professions Code § 14247.

## FIFTH CAUSE OF ACTION
## INFRINGEMENT UNDER CALIFORNIA LAW
## (CAL. BUS. & PROF. CODE § 14245)

45. Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 44 of this Complaint.

46. Intelcom's unauthorized use of the INTELCOM trade name and trademark in connection with the sale, offering for sale, distribution or advertising of its products and services is likely to cause confusion or mistake or to deceive as to the source or origin of its goods and/or services in violation of California Business and Professions Code § 14245.

47. Upon information and belief, Intelcom's infringement has been with knowledge of Intel's rights.

48. Intel has been, is now, and will be irreparably injured and damaged by Intelcom's aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill. This harm constitutes an injury for which Intel has no adequate remedy at law.

## SIXTH CAUSE OF ACTION
## COMMON LAW PASSING OFF
## AND UNFAIR COMPETITION

49. Intel realleges and incorporates herein by reference the matters alleged in paragraphs 1 through 48 of this Complaint.

50. Intelcom's unauthorized use of the Intelcom trade name and trademark constitutes passing off and unfair competition of the INTEL mark in violation of the common law of California.

51. Intelcom's wrongful acts have caused and will continue to cause Intel irreparable harm. Intel has no adequate remedy at law.

52. Intel is entitled to a judgment enjoining and restraining Intelcom from engaging in further acts of infringement and unfair competition.

### SEVENTH CAUSE OF ACTION
### UNFAIR COMPETITION
### (CAL. BUS & PROF. CODE § 17200)

53. Intel realleges and incorporates herein by reference the matters alleged in Paragraphs 1 through 52 of this Complaint.

54. Intelcom's acts described above constitute unfair competition in violation of California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

55. Intelcom's acts of unfair competition have caused and will continue to cause Intel irreparable harm. Intel has no adequate remedy at law for Intelcom's unfair competition.

56. Intel is entitled to a judgment enjoining and restraining Intelcom from engaging in further unfair competition.

### PRAYER FOR RELIEF

WHEREFORE, Intel prays for relief as follows:

1. Entry of an order and judgment requiring that Intelcom and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, be enjoined and restrained from (a) using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, any trade name and trademark incorporating the term "INTELCOM;" (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some

connection between Intelcom and Intel; and (c) committing any acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

2. A judgment ordering Intelcom, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Intelcom has complied with the injunction, ceased all sales of goods and services under the INTELCOM trade name and trademark as set forth above;

3. A judgment ordering Intelcom, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Intelcom or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation the INTELCOM trade name and trademark, both alone and in combination with other words or terms;

4. A judgment ordering Intelcom to take all steps necessary to cancel or remove the name Intelcom, Inc. from the records of the Delaware Secretary of State, the Ohio Secretary of State, and any other states in which Intelcom, Inc. is licensed to do business, and to otherwise take all steps necessary to change Intelcom's business name;

5. A judgment ordering Intelcom to take all steps necessary to cancel the domain name www.intelcomusa.com and to remove all references to the INTELCOM trade name and trademark from all of its other websites, if any;

6. A judgment in the amount of Intel's actual damages, Intelcom's profits, Intel's reasonable attorneys' fees and costs of suit, and pre-judgment interest pursuant to 15 U.S.C. §1117;

7. A judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under state law as appropriate;

///

///

8. A judgment granting Intel such other and further relief as the Court deems just and proper.

Dated: May 6, 2008

Respectfully submitted,

HOWREY LLP

By: _____
Robert N. Phillips
Attorneys for Plaintiff
INTEL CORPORATION

-17-
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

DM_US:21190716_1

## JURY DEMAND

Intel hereby requests a trial by jury.

Dated: May 6, 2008

Respectfully submitted,

HOWREY LLP

By: _____
Robert N. Phillips
Attorneys for Plaintiff
INTEL CORPORATION

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 6, 2008

Respectfully submitted,

HOWREY LLP

By: _____
Robert N. Phillips
Attorneys for Plaintiff
INTEL CORPORATION