1 | Robert N. Phillips (SBN 120970)
HOWREY LLP
2 | 525 Market Street, Suite 3600
San Francisco, California 94105
3 | Telephone: (415) 848-4900
Facsimile: (415) 848-4999
4 | Email: phillipsr@howrey.com

5 | Yuka Sugar (SBN 209997)
HOWREY LLP
6 | 1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
7 | Telephone: (650) 798-3500
Facsimile: (650) 798-3600
8 | Email: sugary@howrey.com

9 | Attorneys for Plaintiff INTEL CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTELCOM, INC. a Delaware corporation,<br><br>Defendant. | Case No. CV 08-02334 PJH<br><br>DECLARATION OF SERVICE RE SUMMONS AND COMPLAINT ON INTELCOM, INC. |

HOWREY LLP

Case No. CV 08-02334 PJH

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

ROBERT N. PHILLIPS (SBN 120970)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION etc.<br><br>Plaintiff,<br><br>V.<br><br>INTELCOM, INC. etc.<br><br>Defendant. | CASE NUMBER<br>CV 08 2334 MHP<br><br>DECLARATION OF SERVICE |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CASE MANAGEMENT CONFERENCE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXCERCISE JURSIDICTION; USDC ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT

in the within action by personally delivering true copies thereof to the person served as follows:

Served          : INTELCOM, INC.

By serving      : Melanie Henderson, Authorized Agent

Address         : (Business)
                  1015 15th Street, NW #1000
                  Washington, DC 20005

Date of Service : June 9, 2008

Time of Service : 11:16 AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: June 9, 2008

Signature: _____
           CYNTHIA SABLE

237421