UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEL CORPORATION,

    Plaintiff(s),                         No. C 08-2334 PJH

    v.                                **ORDER OF RECUSAL**

INTELCOM INC.,

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

Dated: June 16, 2008

                                                   _____
                                                   PHYLLIS J. HAMILTON
                                                   United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTEL CORPORATION,

    Plaintiff(s),                        No. C 08-2334 PJH

    v.                                **ORDER OF RECUSAL**

INTELCOM INC.,

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

Dated: June 16, 2008

                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge