**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
——————
www.cand.uscourts.gov

Richard W. Wieking                                                                                 General Court Number
Clerk                                                                                                    415.522.2000

**June 17, 2008**

**CASE NUMBER:  CV 08-02334 PJH**
**CASE TITLE:  INTEL CORP-v-INTELCOM INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Susan Illston** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 6/17/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                  Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                               Entered in Computer 6/17/08 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                      Transferor CSA