1  Robert N. Phillips (SBN 120970)
   HOWREY LLP
2  525 Market Street, Suite 3600
   San Francisco, CA  94105
3  Telephone:      (415) 848-4900
   Facsimile:      (415) 848-4999
4  Email: *phillipsr@howrey.com*

5  Yuka Sugar (SBN 209997)
   HOWREY LLP
6  1950 University Avenue, 4th Floor
   East Palo Alto, CA  94303
7  Telephone:      (650) 798-3500
   Facsimile:      (650) 798 3600
8  Email: *sugary@howrey.com*

9  Attorneys for Plaintiff
   INTEL CORPORATION

10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13  INTEL CORPORATION, a Delaware           ) Case No.  C 08-02334 SI
    corporation,                            )
14                                          ) **PLAINTIFF'S NOTICE OF MOTION AND**
                                            ) **MOTION TO STRIKE PRO PER**
15                Plaintiffs,               ) **RESPONSE TO COMPLAINT FILED BY**
                                            ) **CORPORATE DEFENDANT AND**
16          vs.                             ) **MEMORANDUM OF POINTS AND**
                                            ) **AUTHORITIES**
17  INTELCOM, INC., a Delaware corporation, ) Date:  August 22, 2008
                                            ) Time;  9:00 a.m.
18                Defendants.               ) Ctrm:  10
                                            ) Judge:  Honorable Susan Illston
19

20          NOTICE IS HEREBY GIVEN that on August 22, 2008, or as soon thereafter as the matter may

21  be heard in Courtroom 10 of the above-titled Court, located at 450 Golden Gate Avenue, San

22  Francisco, California, plaintiff Intel Corporation ("Intel") will move the Court for an order striking the

23  pro per response to Intel's complaint filed by corporate defendant Intelcom, Inc. ("Intelcom") and

24  requiring Intelcom to appear in this action through a licensed attorney and file a proper response to

25  Intel's complaint.

26

27

28

-1-

1      This motion is based on this Notice of Motion and Motion, the following Memorandum of

2  Points and Authorities, the accompanying Declaration of Yuka Sugar and the exhibit thereto, and upon

3  such other matters as may be presented to the court at the time of the hearing on this motion.

4                      **MEMORANDUM OF POINTS AND AUTHORITIES**

5  **I.      STATEMENT OF FACTS**

6      This is a trademark infringement action.  On May 6, 2008, Intel filed its Complaint for

7  Damages and Injunctive Relief against defendant Intelcom, Inc., a Delaware corporation.  On June 9,

8  2008, the summons and complaint were personally served on Intelcom, Inc.'s agent for service of

9  process.  (See Proof of Service on file herein as Docket No. 8.)  On Saturday June 28, 2008, the

10  President of Intelcom, Inc., Kassi Tchankpa, served by express mail a response to the complaint titled

11  "Ref: Complaint for Damages and Injunctive Relief."  Mr. Tchankpa is not a member of the California

12  Bar, and as far Intel is aware, is not a licensed attorney in any state.  (Sugar Decl. ¶¶ 2, 3.)  Defendant's

13  response is a legal brief of sorts, with a discussion of the parties' pre-litigation settlement

14  correspondence, and defendant's view of the case.  As discussed below, Defendant's corporate status

15  and lack of counsel, as well as its failure to admit or deny each of the allegations in Intel's complaint,

16  requires that the response be stricken.

17  **II.     DISCUSSION**

18      Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the court "may strike from a

19  pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter.  The

20  Court may act on motion made by a party either before responding to the pleading or, if a response is

21  not allowed, within 20 days after being served with the pleading."  Intel received express mail delivery

22  of defendant's response on June 30, 2008, the same day it was filed.  (See Sugar Decl. ¶ 4 and Docket

23  No. 12 herein.)  Therefore, this motion is timely.

24      Pursuant to Civil L.R. 3-9(b), only a licensed practicing attorney admitted to the State Bar of

25  California can properly file an answer on behalf of a corporation.  Mr. Tchankpa is not a duly licensed

26  California attorney.

27

28

-2-

HOWREY LLP

No. C 08-02334 SI
Plaintiff's Motion to Strike Pro Per Response to
Complaint Filed by Corporate Defendant

DM_US:21329340_2

1   Further, under Rule 8(b), (c), and (d) of the Federal Rules of Civil Procedure, a party must, in

2   response to a pleading, state in short and plain terms its defenses to each claim asserted against it, and

3   admit or deny the allegations asserted against it by the Plaintiff.  Further, according to Civil Local

4   Rules of the Northern District of California, Rule 3-4, the Defendant's filing must be in proper form.

5   Defendant's response fails to admit or deny the allegations in Intel's complaint, is not properly titled,

6   does not have numbered paragraphs, is not double-spaced, lacks a footer etc., etc.

7   **III.    CONCLUSION**

8   For the above reasons, the Court should strike the Defendant's "Ref: Complaint for Damages

9   and Injunctive Relief" and order that Defendant appear through a licensed California attorney, and

10  must file a proper response to the complaint within twenty (20) days of the date of the Court's Order.

11  Dated: July 16, 2008

                                                    Respectfully submitted,

12

                                                    HOWREY LLP

13

14

15                                                  By:    /S/ Robert N. Phillips_____
                                                           Robert N. Phillips
16                                                         Yuka Sugar
                                                           Attorneys for Plaintiff Intel Corporation
17

18

19

20

21

22

23

24

25

26

27

28

---
-3-

**HOWREY LLP**

DM_US:21329340_2

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                                )   ss.:

COUNTY OF SAN MATEO     )

I am employed in the County of San Mateo, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California  94303.

On July 16, 2008, I served on the interested parties in said action the within:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE
PRO PER RESPONSE TO COMPLAINT FILED BY CORPORATE
DEFENDANT AND MEMORANDUM OF POINTS AND AUTHORITIES**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at East Palo Alto, California.

Intelcom, Inc.
c/o Kassi E. Tchankpa
1335 Dublin Road
Suite 210-A
Columbis, OH  43215

[X]   (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on July 16, 2008, at East Palo Alto, California.

| Tammy  Miller | /S/ Tammy  Miller |
|---|---|
| (Type or print name) | (Signature) |

-4-

**HOWREY LLP**

No. C 08-02334 SI
Plaintiff's Motion to Strike Pro Per Response to
Complaint Filed by Corporate Defendant

DM_US:21329340_2