Robert N. Phillips (SBN 120970)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: *phillipsr@howrey.com*

Yuka Sugar (SBN 209997)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798 3600
Email: *sugary@howrey.com*

Attorneys for Plaintiff
INTEL CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>INTELCOM, INC., a Delaware corporation,<br><br>　　　　　Defendants. | Case No. C 08-02334 SI<br><br>**DECLARATION OF YUKA SUGAR IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE PRO PER RESPONSE TO COMPLAINT FILED BY CORPORATE DEFENDANT**<br>Date: August 22, 2008<br>Time; 9:00 a.m.<br>Ctrm: 10<br>Judge: Honorable Susan Illston |

I, Yuka Sugar, declare:

1.   I am an attorney at law licensed to practice in the State of California and am an associate of the law firm of Howrey LLP, attorneys for Plaintiff Intel Corporation. I submit this declaration in support of Intel Corporation's Notice of Motion and Motion to Strike Pro Per Response Filed by Corporate Defendant.  The matters referred to in this declaration are based upon my personal knowledge, except where otherwise indicated, and if called as a witness I could and would testify competently thereto.

HOWREY, LLP

DM_US:21330401_2

1

No. C 08-02334 SI
Declaration of Sugar in Support of Plaintiff's Motion to Strike
Pro Per Response to Complaint Filed by Corporate Defendant

2.      On July 8, 2008, I searched the California State Bar Association website at http://members.calbar.ca.gov/search/member.aspx to determine whether Mr. Kassi Tchankpa is a duly licensed practicing attorney in the State of California pursuant to Civil L.R. 11-1(a). Attached as Exhibit A is a true and correct copy of the print-out from the California State Bar Association website at http://members.calbar.ca.gov/search/member_search.aspx?ms=kassi+tchankpa displaying the result of that search, showing that no results were found under the name of Kassi Tchankpa.

3.      To the best of my knowledge, Mr. Tchankpa is not an attorney licensed in any other state.

4.      Our office received defendant's response by express mail on June 30, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of July 2008 at East Palo Alto, California.

                                                  /S/ Yuka Sugar
                                                        Yuka Sugar

HOWREY, LLP

DM_US:21330401_2

2

No. C 08-02334 SI
Declaration of Sugar in Support of Plaintiff's Motion to Strike
Pro Per Response to Complaint Filed by Corporate Defendant

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )  ss.:
COUNTY OF SAN MATEO    )

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On July 16, 2008, I served on the interested parties in said action the within:

**DECLARATION OF YUKA SUGAR IN SUPPORT OF PLAINTIFF'S
MOTION TO STRIKE PRO PER RESPONSE TO COMPLAINT
FILED BY CORPORATE DEFENDANT**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at East Palo Alto, California.

Intelcom, Inc.
c/o Kassi E. Tchankpa
1335 Dublin Road
Suite 210-A
Columbis, OH  43215

[X]   (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on July 16, 2008, at East Palo Alto, California.

| Tammy  Miller | /S/ Tammy Miller |
|---|---|
| (Type or print name) | (Signature) |

**HOWREY, LLP**

DM_US:21330401_2

3

No. C 08-02334 SI
Declaration of Sugar in Support of Plaintiff's Motion to Strike
Pro Per Response to Complaint Filed by Corporate Defendant

Intel Corporation v.
Intelcom, Inc.


U.S.D.C. Northern District of California
No. C 08-02334 SI


# EXHIBIT A
To DECLARATION OF YUKA SUGAR IN SUPPORT
OF PLAINTIFF'S MOTION TO STRIKE PRO PER RESPONSE
TO COMPLAINT FILED BY CORPORATE DEFENDANT





