# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br> INTELCOM, INC., a Delaware corporation, <br><br>　　　　　Defendants. | Case No.  C 08-02334 SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PRO PER RESPONSE TO COMPLAINT FILED BY CORPORATE DEFENDANT INTELCOM, INC.** <br> Date:  August 22, 2008 <br> Time;  9:00 a.m. <br> Ctrm:  10 <br> Judge:  Honorable Susan Illston |

This matter comes before the Court on the Motion of Plaintiff Intel Corporation to strike the pro per response filed by corporate defendant Intelcom, Inc.  The Court, having reviewed and considered the parties' respective briefing and arguments in this matter and all relevant factual statements therein, hereby GRANTS Plaintiff's motion.

Defendant's response to the complaint is hereby stricken.  Defendant is further ordered to appear in this case through counsel and file a proper response to the Complaint within twenty (20) days of the date of this Order.

IT IS SO ORDERED

Dated: _____

　　　　　　　　　　　　　　　　　　　　Honorable Susan Illston
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**HOWREY, LLP**

No. C 08-02334 SI
[Proposed] Order Granting Plaintiff's Motion to Strike Pro Per
Response to Complaint Filed by Corporate Defendant

DM_US:21330450_2

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.:
COUNTY OF SAN MATEO    )

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303.

On July 16, 2008, I served on the interested parties in said action the within:

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PRO PER RESPONSE TO COMPLAINT FILED BY CORPORATE DEFENDANT INTELCOM, INC.**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at East Palo Alto, California.

Intelcom, Inc.
c/o Kassi E. Tchankpa
1335 Dublin Road
Suite 210-A
Columbis, OH  43215

[X]  (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on July 16, 2008, at East Palo Alto, California.

| Tammy Miller | /s/ Tammy Miller |
|---|---|
| (Type or print name) | (Signature) |

HOWREY, LLP

No. C 08-02334 SI
[Proposed] Order Granting Plaintiff's Motion to Strike Pro Per Response to Complaint Filed by Corporate Defendant

DM_US:21330450_2