IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORP, | No. C 08-02334SI |
| Plaintiff, | **NOTICE** |
| v. | |
| INTELCOM INC., | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion to strike has been continued to Friday, August 29, 2008, at 9:00 a.m.

Dated: July 18, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk

**United States District Court**
For the Northern District of California