IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>INTELCOM, INC.,<br><br>  Defendant.<br>_____/ | No. C 08-2334 SI<br><br>**ORDER GRANTING MOTION TO STRIKE RESPONSIVE PLEADING, CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DIRECTING DEFENDANT TO APPEAR THROUGH COUNSEL NO LATER THAN SEPTEMBER 5, 2008** |

Plaintiff's Motion to Strike Pro Per Response to Complaint Filed By Corporate Defendant (docket # 13) is scheduled for a hearing on August 22, 2008. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument, and VACATES the hearing. For the reasons set forth below, the Court GRANTS the motion to strike; CONTINUES the currently scheduled Case Management Conference from August 29, 2008 to October 31, 2008 at 2:00 p.m.; and DIRECTS defendant Intelcom, Inc. to appear, if at all, through a licensed attorney admitted to practice in this court and to file a response to the complaint, through counsel, on or before September 5, 2008.

**DISCUSSION**

Defendant Intelcom, Inc., a corporation evidently headquartered in Columbus, Ohio, was sued by plaintiff Intel Corporation on May 6, 2008. The docket reflects that defendant Intelcom, Inc. was served with the summons and complaint on June 13, 2008 (docket # 8).

Intelcom, Inc.'s response, titled "REF: COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF," was filed June 30, 2008 (docket # 12). It was signed by Kassi Tchankpa, President of

Intelcom, Inc. Mr. Tchankpa does not appear to be a lawyer, and is not a member of the bar of this court.

Civil Local Rule 3-9 of the United States District Court for the Northern District of California provides that "a corporation, unincorporated association, partnership or other such entity **may appear only** through a member of the bar of this Court" (emphasis supplied). Corporations, such as Intelcom, Inc., may not appear without counsel – they may appear only with counsel. The wisdom of this rule is apparent in this case, since Intelcom, Inc.'s "REF: COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF" does not meet the pleading requirements of the Federal Rules of Civil Procedure and, if left unamended, would leave Intelcom, Inc. vulnerable to negative legal outcomes in this case.

The Court therefore grants plaintiff's motion to strike Intelcom, Inc.'s pleading "REF: COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF" (docket # 12). **The Court will allow Intelcom, Inc. until September 5, 2008 to appear in this court through a lawyer admitted to practice in this court, and will allow that lawyer to file and serve an amended response to the complaint on or before September 5, 2008**. **The Initial Case Management Conference, currently scheduled for August 29, 2008, is moved to October 31, 2008 at 2:00 p.m.**

Defendant Intelcom, Inc. is cautioned that if it does not appear through counsel by September 5, 2008, plaintiff may seek declaration of an event of default. See Rule 55, Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:   August 12, 2008

SUSAN ILLSTON
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

INTEL CORP,

      Plaintiff,

v.

INTELCOM INC. et al,

      Defendant.
      _____/

Case Number: CV08-02334 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Intelcom, Inc.
1335 Dublin Road
Suite 210-A
Columbus, OH 43215

Dated: August 12, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk