IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTEL CORPORATION,

    Plaintiff,

v.

INTELCOM, INC., et al.,

    Defendants.

No. C 08-02334 SI

**ORDER GRANTING DEFENDANT'S REQUEST FOR A CONTINUANCE**

In its August 12, 2008 Order, the Court granted plaintiff's motion to strike a *pro per* response filed by corporate defendant Intelcom, Inc. The Court stated that it would allow defendant time to find an attorney and serve an amended response on or before September 5, 2008. Defendant now requests a continuance of one month in which to file a responsive pleading. **The Court GRANTS defendant a continuance until September 19, 2008**. Defendant is again warned that if it does not appear through counsel by that date, plaintiff may seek declaration of an event of default.

**IT IS SO ORDERED.**

Dated: September 6, 2008

WILLIAM ALSUP
United States District Judge