IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTEL CORP,

        Plaintiff,

v.

INTELCOM INC.,

        Defendant.

No. C 08-02334 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 27, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 1, 2009.

DESIGNATION OF EXPERTS: 6/19/09; REBUTTAL: 7/17/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 3, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by August 7, 2009;

    Opp. Due August 21, 2009; Reply Due August 28, 2009;

    and set for hearing no later than September 11, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 13, 2009 at 3:30 PM.

JURY TRIAL DATE: November 2, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By November 13, 2008, counsel shall inform the Court if the case shall be referred to the mediation program or to a magistrate-judge for settlement purposes. The ADR process shall be completed by February 13, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California