**Rubinstein Law Group,**
**A Professional Law Corporation**
Yano L. Rubinstein, Esq. (214277)
340 Brannan Street, Suite 304
San Francisco, California 94107
Telephone:　(415) 277-1900
Facsimile:　(415) 277-1919

Attorneys for Defendant
Intelcom, Inc.

UNTIED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>INTELCOM, INC., a Delaware corporation,<br><br>　　　　　　　Defendant | Case No. CV 08 2334 SI<br><br>**[PROPOSED] ORDER SHORTENING TIME**<br><br>**[Stipulation filed concurrently herewith]** |

1

[PROPOSED] ORDER SHORTENING TIME
Case No. CV 08 2334 SI

WHEREAS Intelcom, Inc. and Intel Corporation jointly stipulate and agree to the shortening of time to hear Rubinstein Law Group, P.C.'s Motion to Withdraw as Counsel;

PURSUANT TO STIPULATION, IT IS SO ORDERED that the notification deadline of Rubinstein Law Group, P.C.'s Motion to Withdraw as Counsel for Intelcom, Inc. be shortened to 10 days from entry of this order.

DATED: January ___, 2009

_____
Hon. Susan Illston
U.S. District Court Judge

The motion to withdraw shall be heard on Jan. 23, 2009 at 9 a.m.
Any opposition shall be filed on Jan. 16, 2009.

2

[PROPOSED] ORDER SHORTENING TIME
Case No. CV 08 2334 SI