1  Robert N. Phillips (SBN 120970)
   Anne M. Ortel (SBN 212044)
2  Yuka Sugar (SBN 209997)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone:   (415) 848-4900
   Facsimile:   (415) 848-4999
5  Email:       phillipsr@howrey.com
   Email:       ortela@howrey.com
6  Email:       sugary@howrey.com

7  Attorneys for Plaintiff
   INTEL CORPORATION
8
   Andrew Dósa (SBN 113106)
9  Law Offices of Andrew Dósa
   1516 Oak Street, Suite 310
10 Alameda, California 94501
   Telephone:   (510) 865-1600
11 Facsimile:   (510) 865-7245
   Email:       adosa@dosalaw.com
12
   Attorneys for Defendant
13 INTELCOM, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17 | INTEL CORPORATION, a Delaware corporation, | Case No. C-08-02334 SI
18 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STRIKE FILING OF INTELCOM'S LETTER TO THE COURT**
19 | vs. |
20 | INTELCOM, INC., a Delaware corporation, |
21 | Defendant. |

23    **Whereas**, Defendant INTELCOM, INC.'s ("INTELCOM") President, Kassi Tchankpa, sent an

24 *ex parte* communication letter to the Court dated January 5, 2009;

25    **Whereas**, the Court filed such letter on January 23, 2009 (*see* Dkt. No. 39);

26    **Whereas**, the letter references confidential settlement communications between Plaintiff

27 INTEL CORPORATION and INTELCOM (the "Parties"); and

28

STIP & [PROPOSED] ORDER TO STRIKE FILING          -1-
OF INTELCOM'S LETTER TO THE COURT
Case No. C 08-02334 SI
DM_US:21837552_1

HOWREY LLP

**Whereas**, therefore, the letter should be stricken and removed from the Court's file as a public record.

**It is therefore hereby stipulated** by the Parties that the January 23, 2009 filing of the January 5, 2009 letter from INTELCOM to the Court (Dkt. No. 39), be stricken and removed from the Court's file due to its references to confidential settlement discussions.

Dated:  February 5, 2009                    HOWREY LLP

                                            By:  /s/ Robert N Phillips
                                                    Robert N. Phillips
                                                    Attorney for Plaintiff
                                                    INTEL CORPORATION

Dated:  February 5, 2009                    LAW OFFICES OF ANDREW DÓSA

                                            By:  /s/ Andrew Dósa
                                                    Andrew Dósa
                                                    Attorney for Defendant
                                                    INTELCOM INC.

### ATTESTATION AS TO CONCURRENCE

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

                                                /s/ Robert N Phillips
                                                    Robert N. Phillips

STIP & [PROPOSED] ORDER TO STRIKE FILING        -2-
OF INTELCOM'S LETTER TO THE COURT
Case No. C 08-02334 SI

DM_US:21837552_1

1 **ORDER**

2    PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY

3 ORDERED that the January 23, 2009 filing of the January 5, 2009 letter from INTELCOM to the

4 Court (Dkt. No. 39) shall be stricken and removed from the Court's file.

5    IT IS SO ORDERED.

6

7 Dated: _____    _____
                                    Hon. Susan Illston
8                                   Judge, United States District Court

STIP & [PROPOSED] ORDER TO STRIKE FILING    -3-
OF INTELCOM'S LETTER TO THE COURT
Case No. C 08-02334 SI

HOWREY LLP

DM_US:21837552_1