Robert N. Phillips (SBN 120970)
Anne M. Ortel (SBN 212044)
Yuka Sugar (SBN 209997)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: phillipsr@howrey.com
Email: ortela@howrey.com
Email: sugary@howrey.com

Attorneys for Plaintiff
INTEL CORPORATION

Andrew Dósa (SBN 113106)
Law Offices of Andrew Dósa
1516 Oak Street, Suite 310
Alameda, California 94501
Telephone: (510) 865-1600
Facsimile: (510) 865-7245
Email: adosa@dosalaw.com

Attorneys for Defendant
INTELCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTELCOM, INC., a Delaware corporation,<br><br>Defendant. | Case No. C-08-02334 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION BY 60 DAYS** |

**Whereas**, the Court initially set the deadline for Plaintiff INTEL CORPORATION and Defendant INTELCOM, INC. (the "Parties") to complete Alternative Dispute Resolution for February 13, 2009;

**Whereas**, the Parties had agreed to participate in mediation before Retired Judge Daniel Weinstein of JAMS, and so notified the Court on November 13, 2008;

**Whereas**, the Parties had scheduled the mediation to take place on February 11, 2009;

**Whereas**, the Parties had also agreed to conduct Defendant INTELCOM, INC.'s ("INTELCOM") deposition on January 15, 2009;

**Whereas**, due to the withdrawal and substitution of counsel for INTELCOM, both the deposition and mediation were cancelled by INTELCOM, and are in the process of being rescheduled; and

**Whereas**, therefore, good cause exists to extend the deadline for the Parties to complete Alternative Dispute Resolution.

**It is therefore hereby stipulated** by the Parties that the deadline for the Parties to complete Alternative Dispute Resolution be extended by 60 days, from February 13, 2009 to April 14, 2009.

Dated: February 5, 2009     HOWREY LLP

By:  /s/ Robert N Phillips
    Robert N. Phillips
    Attorney for Plaintiff
    INTEL CORPORATION

Dated:  February 5, 2009     LAW OFFICES OF ANDREW DÓSA

By:  /s/ Andrew Dósa
    Andrew Dósa
    Attorney for Defendant
    INTELCOM INC.

## ATTESTATION AS TO CONCURRENCE

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Robert N Phillips
Robert N. Phillips

STIP & [PROPOSED] ORDER TO EXTEND          -2-
DEADLINE TO COMPLETE ADR
Case No. C-08-02334 SI
DM_US:21837552_1

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the deadline for the parties to complete Alternative Dispute Resolution shall be extended by 60 days, from February 13, 2009 to April 14, 2009.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Susan Illston
Judge, United States District Court