| | |
|---|---|
| 1 | Robert N. Phillips (SBN 120970) |
|   | Anne M. Ortel (SBN 212044) |
| 2 | Yuka Sugar (SBN 209997) |
|   | HOWREY LLP |
| 3 | 525 Market Street, Suite 3600 |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 848-4900 |
|   | Facsimile: (415) 848-4999 |
| 5 | Email: phillipsr@howrey.com |
|   | Email: ortela@howrey.com |
| 6 | Email: sugary@howrey.com |

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

Attorneys for Plaintiff
INTEL CORPORATION

Andrew Dósa (SBN 113106)
Law Offices of Andrew Dósa
1516 Oak Street, Suite 310
Alameda, California 94501
Telephone: (510) 865-1600
Facsimile: (510) 865-7245
Email: adosa@dosalaw.com

Attorneys for Defendant
INTELCOM, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| INTEL CORPORATION, a Delaware corporation, | Case No. C-08-02334 SI |
|---|---|
| Plaintiff, | **[CORRECTED] JOINT REQUEST FOR FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | Date: March 13, 2009 |
| INTELCOM, INC., a Delaware corporation, | Time: 3:00 p.m. |
| Defendant. | Ctrm: 10 |
| | Judge: Hon. Susan Illston |

Plaintiff Intel Corporation ("Intel") and Defendant Intelcom, Inc. ("Intel") jointly request a further case management conference on March 13, 2009 at 3:00 p.m. The status of the case remains as set forth in the parties' previously filed Second Joint Case Management Statement.

SECOND JOINT CASE MGT STMT
Case No. C-08-02334 SI
-1-

HOWREY LLP

DM_US:21994773_1

| | | |
|---|---|---|
| 1 | Dated: March 11, 2009 | HOWREY LLP |
| 2 | | |
| 3 | | By: /s/ Robert N Phillips |
| 4 | | Robert N. Phillips<br>Attorney for Plaintiff<br>INTEL CORPORATION |
| 5 | | |
| 6 | Dated: March 11, 2009 | LAW OFFICES OF ANDREW DÓSA |
| 7 | | |
| 8 | | By: /s/ Andrew Dósa |
| 9 | | Andrew Dósa<br>Attorney for Defendant<br>INTELCOM INC. |

## ATTESTATION AS TO CONCURRENCE

I, Robert N. Phillips, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

      /s/ Robert N Phillips
            Robert N. Phillips

SECOND JOINT CASE MGT STMT -2-
Case No. C-08-02334 SI

DM_US:21994773_1