# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORP, | No. C 08-02334 SI |
| Plaintiff, | **SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| INTELCOM INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 19, 2009 (previously set) at 3:00 p.m. Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 18, 2009.

DESIGNATION OF EXPERTS: 9/28/09; REBUTTAL: 10/16/09.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 6, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by November 13, 2009;

Opp. Due November 30, 2009; Reply Due December 7, 2009;

and set for hearing no later than December 18, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 19, 2010 at 3:30 PM.

JURY TRIAL DATE: February 1, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to Magistrate-Judge Spero for settlement purposes. The settlement conference shall occur during the last 1/2 of May 2009.

Defendant shall produce discovery by March 31, 2009. The defendant's depositions shall be completed by April 30, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge