```
1  Andrew Alexander Dósa (State Bar #113106)
     Law Offices of Andrew Dósa
2  1516 Oak Street, Suite 310
     Alameda, California 94501
3  (510) 865-1600
     Fax: 510/865-7245
4
   Attorney for DEFENDANT
5  Intelcom. Inc., a Delaware Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware Corporation, | Case No. CV- 08-02334 SI |
| Plaintiff. | NOTICE AND MOTION FOR LEAVE TO WITHDRAW BY LAW OFFICE OF ANDREW ALEXANDER DÓSA |
| - vs. - | |
| INTELCOM INC., a Delaware Corporation, | |
| Defendant. | Date:  May 15, 2009<br>Time:  9:00 a.m.<br>Courtroom: 10<br>Judge: Honorable Susan Illston |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

**PLEASE TAKE NOTICE** that Andrew Alexander Dósa, of the Law Offices of Andrew Alexander Dósa ("Counsel"), counsel for Defendant Intelcom, Inc. ("Defendant") will seek, and hereby moves for, an order granting leave to withdraw as counsel of record pursuant to Local Rule 11-5. The hearing on this motion is set for May 15, 2009 at 9:00 a.m. in Courtroom 10 of the above Court. The following are grounds for this notice and motion:

1. Irreconcilable differences have developed between Counsel and Defendant. These differences make it impossible for Counsel to effectively represent Defendant in this action.

2. The Answer to the Complaint was filed by Defendant on September 19, 2008. At that time, Defendant had another attorney.

3. Counsel was retained by Defendant and appeared upon filing of a Substitution of Attorney on or about January 22, 2009.

4. Discovery has begun in the instant case:
   - Plaintiff Intel Corporation ("Plaintiff") and Defendant have exchanged initial Disclosures on Plaintiff.
   - Plaintiff propounded Interrogatories and Request for Production of Documents. Defendant has provided at least partial responses to each and made at least a partial production of documents. A court order required further responses and production by March 31, 2009.
   - Defendant propounded Interrogatories and Request for Production of Documents. Responses are due from Plaintiff on or about April 16, 2009.
   - A deposition of Defendant previously noticed for January 15, 2009 has been re-set for April 24, 2009. In light of the differences between Defendant and Counsel, the Deposition will be rescheduled.

5. The parties have filed Joint Case Management Statements and ADR Questionnaire.

6. A trial date of February 1, 2010 has been set.

7. Counsel contends that ample time remains for Defendant to engage a new attorney.

8. Counsel has provided notice to Defendant of the present motion on April 10, 2009, by facsimile transmission, attachment to email, and by U.S. mail. Plaintiff will receive notice through contemporaneous service of this motion.

Based on the foregoing, Counsel respectfully requests that the Court grant him leave to withdraw, effective immediately. A proposed form of order is simultaneously filed herewith.

Dated: April 10, 2009

_____
Andrew Alexander Dósa, Esq.
Counsel for Defendant Intelcom, Inc.

Andrew Alexander Dósa (State Bar #113106)
**Law Offices of Andrew Dósa**
1516 Oak Street, Suite 310
Alameda, California 94501
(510) 865-1600
Fax: 510/865-7245

Attorney for DEFENDANT
Intelcom. Inc., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware Corporation,<br><br>Plaintiff.<br><br>- vs. -<br><br>INTELCOM INC., a Delaware Corporation,<br><br>Defendant. | Case No. CV- 08-02334 SI<br><br>**DECLARATION OF ANDREW ALEXANDER DÓSA IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW BY LAW OFFICE OF ANDREW DÓSA**<br><br>Date:        May 15, 2009<br>Time:       9:00 a.m.<br>Courtroom: 10<br>Judge:       **Honorable Susan Illston** |

I, ANDREW ALEXANDER DÓSA, declare as follows:

1. I am an attorney and principal of the Law Office of Andrew Alexander Dósa, ("Counsel"), counsel of record for Defendant Intelcom, Inc. ("Defendant"). I have personal knowledge of each of the facts set forth in this Declaration, and can testify competently thereto, except as to matters stated on information and belief, and as to such matters, I believe them to be true;

2. This Declaration is being submitted in support of a Motion for Leave to Withdraw of Counsel;

3. Defendant is uncooperative. In particular, I have requested, on several occasions, that Defendant produce additional documents and further responses to discovery propounded by Plaintiff. I cannot get any additional production or further responses. It is possible

1
Declaration of Andrew Alexander Dósa, Esq. in Support of Motion for Leave to Withdraw by Law Office of Andrew Dósa

there are no additional documents to produce, but my client will not even communicate with me about that possibility;

4. On April 7, 2009, Defendant notified me by letter and email that it believed my representation was no longer helpful and it informed me it was terminating the representation. Defendant specifically instructed me to complete no more work on this matter.

5. It has become clear, in the last few weeks, that there is a significant difference in how I viewed the defense of this action and the perceptions of my client. Our views are in dramatic contrast. The issue of fees for services is also present.

6. Defendant has made no mention of obtaining new counsel.

7. On April 7, 2009, I informed Defendant via electronic mail of my intent to file a motion for leave to withdraw as counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 10, 2009 at Alameda, California.

_____
Andrew Alexander Dósa, Esq.
Counsel for Defendant Intelcom, Inc.

```
Andrew Alexander Dósa (State Bar #113106)
  Law Offices of Andrew Dósa
1516 Oak Street, Suite 310
Alameda, California 94501
(510) 865-1600
Fax: 510/865-7245

Attorney for DEFENDANT
Intelcom. Inc., a Delaware Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEL CORPORATION, a Delaware Corporation, | Case No. CV- 08-02334 SI |
| Plaintiff. | [PROPOSED] ORDER PERMITTING WITHDRAWAL OF LAW OFFICE OF ANDREW ALEXANDER DÓSA, A PROFESSIONAL LAW CORPORATION |
| - vs. - | |
| INTELCOM INC., a Delaware Corporation, | Date: May 15, 2009<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: Honorable Susan Illston |
| Defendant. | |

THIS MATTER is before the Court on the motion of Andrew Alexander Dósa, Esq. of the Law Office of Andrew Alexander Dósa, a Professional Corporation ("Counsel") for leave to withdraw as Counsel for Defendant Intelcom, Inc.("Defendant"). Based upon the submissions of Counsel and status of the present action, Defendant has sufficient time to engage substitute counsel. Therefore, being fully advised in the premises and for good cause shown,

IT IS HEREBY ORDERED THAT Counsel's Motion for Leave to Withdraw is GRANTED as follows:

1. Andrew Alexander Dósa, Esq. of the Law Office of Andrew Alexander Dósa is granted leave to withdraw as Counsel for Defendants; and

2. All future papers shall be served directly on Defendant Intelcom, Inc. at its address of record until Notice(s) of Appearance is filed on behalf of Defendant.

IT IS SO ORDERED THIS _____ day of _____, 2009.

By:_____
HONORABLE SUSAN ILLSTON
U. S. DISTRICT JUDGE

---

2

[Proposed] Order Permitting Withdrawal of Law Office of Andrew Alexander Dósa, a Professional Law Corporation