Robert N. Phillips (SBN 120970)
HOWREY, LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
E-mail: phillipsr@howrey.com

Anne M. Ortel (SBN 212044)
Yuka Sugar (SBN 2009997)
HOWREY, LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
E-mail: ortela@howrey.com
E-mail: sugary@howrey.com

Attorneys for Plaintiff
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTELCOM, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 08-02334 SI<br><br>**AMENDED [PROPOSED] JUDGMENT AGAINST DEFENDANT INTELCOM, INC. PURSUANT TO ORDER GRANTING PLAINTIFF INTEL CORPORATION'S MOTION FOR TERMINATING SANCTION** |

WHEREAS the Court granted Plaintiff Intel Corporation's Motion for Terminating Sanction against Defendant Intelcom, Inc. and ordered entry of a final permanent injunction against defendant;

NOW, THEREFORE:

It is ORDERED, ADJUDGED AND DECREED as follows:

-2-

1. Defendant Intelcom, Inc., and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, is hereby enjoined and restrained from:

    (a) using or registering in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, the INTELCOM trade name and service mark, and www.intelcomusa.com domain name;

    (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Plaintiff Intel Corporation's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between Defendant Intelcom, Inc., and Plaintiff Intel Corporation; and

    (c) committing any acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

2. Pursuant to 15 U.S.C. § 1118, Defendant Intelcom, Inc. shall deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in its or its agents' possession, custody, or control bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation the INTELCOM trade name, service mark, and www.intelcomusa.com domain name;

3. Defendant Intelcom, Inc., is required to take all steps necessary to remove the name INTELCOM from the Secretary of State's records in Delaware (and any other states in which Defendant is licensed to do business, including Ohio) and otherwise take all steps necessary to change its business' name;

-3-

4. Defendant Intelcom, Inc. shall take all steps necessary to cancel the domain name www.intelcomusa.com and to remove all references to the INTELCOM trade name and trademark from all of its other websites, if any;

5. Defendant Intelcom, Inc, in accordance with Section 34(a) of the Lanham Act, 15 U.S.C. §1116(a), shall file with the Court, and serve upon Plaintiff Intel Corporation, within sixty (60) days after the entry and service on Defendant Intelcom, Inc. of this Judgment, a report in writing and under oath, setting forth in detail the manner and form in which Defendant Intelcom, Inc. has complied with the terms of this Judgment;

6. Plaintiff Intel Corporation shall recover $16,292 from Defendant Intelcom, Inc. as previously awarded monetary sanctions; all other monetary claims in plaintiff Intel Corporation's complaint are dismissed.

7. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: _____    _____
                                          Honorable Susan Illston
                                          U.S. District Court Judge